UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,                             No.: 1:23-MJ-00230

v.                                           INFORMATION
**PENALTY SHEET**

ANDREW BLAIR HOWARD,

               Defendant.

_____/

**COUNTS 1-2: Tampering/Vandalism, 36 C.F.R. § 2.31(a); 18 U.S.C. § 1865(a)**

**Maximum penalty:** Not more than 6 months and/or $ 5,000 fine [36 C.F.R. § 1.3(a); 18 U.S.C. § 1865(a); 18 U.S.C. § 3571(b)(6)]

**Probation:** Up to 5 years [18 U.S.C. § 3561(c)(2)]

**Special Assessment**: $10 [18 U.S.C. §§ 3013]

**Restitution**: Mandatory [18 U.S.C. §3663A]

Date:  May 23, 2023                      /s/ Lauren F. Biksacky
                                         Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046