## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Andrew Blair Howard | Mag. Judge: | Ray Kent |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-mj-00230-RSK | January 17, 2024 | 2:23 - 2:37 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Lauren F. Biksacky | Anthony J. Valentine | Retained |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Misdemeanor, Class B | Information | Read __<br>Reading Waived __ |

### TYPE OF HEARING
- __ First Appearance
- __ Arraignment:
  - __ mute    __ nolo contendre
  - __ not guilty    __ guilty
- __ Initial Pretrial Conference
- __ Detention    (waived __)
- __ Preliminary    (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- ✓ Other: Final Pretrial Conference

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- __ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

Presentence Report:
__ Ordered    __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
Bench trial to be held from 9:00 a.m. - 3:00 p.m., beginning 2/7/2024.

Parties shall e-file witness lists, exhibit lists and trial briefs by 1/31/2024; parties shall provide the Court with exhibit notebooks of on the first day of trial.

### SENTENCING
Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted:    __ Yes   __ No
Defendant informed of right to appeal:    __ Yes   __ No
Counsel informed of obligation to file appeal:   __ Yes   __ No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ _____ |
| **CASE TO BE:**    Set for Hearing before Mag. Judge | **TYPE OF HEARING:**  Further Proceedings |
| **Reporter/Recorder:**    Digitally Recorded | **Courtroom Deputy:**    S. Carpenter |