**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v. | Andrew Blair Howard | Mag. Judge: | Ray Kent |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-mj-00230-RSK | February 7, 2024 | *See below. | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Lauren F. Biksacky | Anthony J. Valentine | Retained |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Misdemeanor, Class B | Information | Read __<br>Reading Waived __ |

### TYPE OF HEARING
- __ First Appearance
- __ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Initial Pretrial Conference
- __ Detention   (waived __)
- __ Preliminary   (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- ✓ Other: Bench Trial

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- __ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

Presentence Report:
__ Ordered   __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
*9:01 - 10:24 a.m.; 10:37 - 11:12 a.m.; 11:21 - 11:30 a.m.; 12:32 - 1:31 p.m.; 1:49 - 2:19 p.m.; 2:52 - 3:13 p.m.
Preliminary matters discussed; parties stipulated to the admission of exhibits and exhibits deemed admitted; Government presented and rested its case; defendant presented and rested its case; closing arguments made; the Court found the Government met the essential elements of both counts beyond a reasonable doubt and found defendant guilty; briefing schedule and date for sentencing to be set. (See attachment to minutes for list of witnesses and exhibits.)

### SENTENCING
Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted:   __Yes  __No
Defendant informed of right to appeal:   __Yes  __No
Counsel informed of obligation to file appeal:  __Yes  __No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ _____ |
| **CASE TO BE:** Set for Hearing before Mag. Judge | **TYPE OF HEARING:** Sentencing |
| **Reporter/Recorder:** Paul Brandell | **Courtroom Deputy:** S. Carpenter |

**UNITED STATES OF DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
## Attachment to Criminal Minute Sheet

Bench Trial Minute Sheet - Page **2** of **3**
1:23-mj-320, USA v Howard
February 7, 2024

### Witnesses

| Govt | Deft | |
|---|---|---|
| X | | Logan Bahm, Ranger, National Park Service |
| X | | Zachary Hatfield |
| X | | L.S. (*a minor*) |
| X | | Jamie Nelson |
| X | | Carrie Allgaier |
| X | | Kirk Walby |
| X | | Scott Dekkers, Supervisory Ranger, National Park Service |
| | X | Amy Roche |
| | X | Laura Calleja |
| | X | Andrew Howard |

### Exhibits

| Govt | Deft | |
|---|---|---|
| 1 | | Aerial image from Google Earth taken May 2022 |
| 2 | | National Park Service Ranger Logan Bahm's body camera footage taken 8/15/22 |
| 2A-2K | | Video clips from Govt. Exhibit 2 |
| 2L | | Screenshot from Govt. Exhibit 2 |
| 3 | | Photograph taken by Ranger Bahm on 8/15/22 at 6:31 p.m. |
| 4 | | Aerial photograph taken by the U.S. Coast Guard from above the Platte River in a helicopter on or about 8/18/22 |
| 5 | | Aerial photograph taken by the U.S. Coast Guard from above the Platte River in a helicopter on or about 8/18/22 |
| 6 | | Aerial photograph taken by the U.S. Coast Guard from above the Platte River in a helicopter on or about 8/18/22 |
| 7 | | Aerial photograph taken by the U.S. Coast Guard from above the Platte River in a helicopter on or about 8/18/22 |
| 8 | | Aerial photograph taken by the U.S. Coast Guard from above the Platte River in a helicopter on or about 8/18/22 |
| 9 | | Photograph taken 8/15/22 at 5:32 p.m. |
| 10 | | Photograph taken 8/15/22 at 6:06 p.m. |
| 11 | | Photograph taken 8/15/22 at 6:06 p.m. |
| 12 | | Photograph taken 8/15/22 at 6:11 p.m. |
| 13 | | Photograph taken 8/15/22 at 6:12 p.m. |
| 14 | | Photograph taken 8/15/22 at 6:24 p.m. |
| 15 | | Photograph taken 8/17/22 at 1:47 p.m. |
| 16 | | Photograph taken 8/18/22 at 11:09 a.m. |
| 17 | | Photograph taken 8/18/22 at 11:09 a.m. |
| 18 | | Photograph taken 8/19/22 at 8:55 a.m. |

**UNITED STATES OF DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
# Attachment to Criminal Minute Sheet

Bench Trial Minute Sheet - Page **3** of **3**
1:23-mj-320, USA v Howard
February 7, 2024

|  | | |
|---|---|---|
|  | A | Series of aerial photographs taken at the mouth of the Platte River |
|  | B | Aerial photograph taken from above the Platte River and Lake Michigan from a helicopter on or about 8/18/22 |
|  | C | Aerial photograph taken from above the Platte River and Lake Michigan from a helicopter on or about 8/18/22 |
|  | D | Aerial photograph taken from above the Platte River and Lake Michigan from a helicopter on or about 8/18/22 |
|  | E | Aerial image of the Platte River and Lake Michigan taken during May 2022 |
|  | F | Photograph taken on 8/18/22 at 11:09 a.m. at the Platte River |
|  | G | Photograph taken on 8/15/22 at 4:03 p.m. at the Platte River |
|  | H | Thirty-eight second video taken in the hour before 3:24 p.m. on 8/15/22 at the beach at the Platte River and Lake Michigan |
|  | I | Photograph taken at the Platte River and Lake Michigan on 8/15/22 at approximately 6:06 p.m. |
|  | J | Photograph taken at the Platte River and Lake Michigan on 8/15/22 at approximately 6:06 p.m. |
|  | K | Photograph taken at the Platte River and Lake Michigan on 8/15/22 at approximately 6:12 p.m. |
|  | L | Photograph taken on 8/15/22 at approximately 2:51 p.m. at the Platte River |
|  | M | Photograph taken on 8/15/22 at approximately 2:27 p.m. at the Platte River and Lake Michigan |
|  | N | Photograph taken on 8/15/22 at approximately 4:11 p.m. at the Platte River and Lake Michigan |
|  | O | Photograph taken on 8/15/22 at approximately 4:58 p.m. at the Platte River and Lake Michigan |
|  | P | Photograph taken on 8/17/22 at approximately 3:08 p.m. at the Platte River and Lake Michigan |
|  | Q | Photograph taken on 8/14/22 during the late afternoon/early evening hours at the Platte River and Lake Michigan |
|  | R | Photograph taken on 8/14/22 during the late afternoon/early evening hours at the Platte River and Lake Michigan |
|  | S | Copy of credit card sales receipt dated 8/15/22 from the Frankfort Hardware Store in Frankfort, MI, and internet advertisement for sale of shovels |
|  | T | Eighteen second video recording taken 8/15/22 at 4:03 p.m. at the Platte River and Lake Michigan |