# EXHIBIT B



Search    How it works    Start a GoFundMe    Sign in    Share    Donate



# Andrew Blair Howard

US Citizens for Justice is organizing this fundraiser.

⊘ Donation protected

A classic tale of Federal Government overreach and intimidation. The Platte River has been a treasure for outdoor recreation in northern Michigan for generations. The National Park Service has targeted a 63 year old man, Andrew Blair Howard, for diverting the flow of the Platte River with a hand shovel despite no evidence of him being present at the time of the diversion. Park Rangers possess reports from 4 independent witnesses, with photos and videos, stating they witnessed other individuals dig the trench through the sandbar causing the river diversion, prior to Howards arrival. Additionally, the Michigan Department of Natural Resources and Lake Township have advocated for keeping the Platte River mouth open at the currently diverted location. Citizens familiar with the Platte River history even question why the National Park Service has brought such a major legal case regarding the river diversion because it occurred in the same location of being annually dredged with an excavator for over 40 years. Howard is now facing potentially hundreds of thousands in fines, restitution, and legal fees, along with jail time, and is asking supporters to contribute to his ongoing legal battle with the National Park Service.

Donate    Share

## Organizer

**Exhibit B**



US Citizens for Justice
Organizer
Grand Rapids, MI

Contact

## Words of support

Please donate to share words of support.

Created February 9th, 2024 · Environment

Report fundraiser

$5,825 raised of $200,000 goal · 9 donations

**Donate now**

Copy link | Facebook | X | Email | More

Melody Vrancken
$100 · 29 d

Austin Rapanos
$25 · 2 mos

Martin Mead
$100 · 2 mos

Anonymous
$100 · 2 mos

AL Gipps
$200 · 2 mos

See all

Exhibit B