**FILED - GR**
September 17, 2024 12:38 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns  SCANNED BY: KB 9-17

A copy of Exhibits A, B and C will be provided to the Court.
Defense counsel already received a copy of these exhibits in
discovery prior to trial.



US v. Andrew Howard
1:23-mj-230-RSK
Hon. Robert J. Jonker

Brief for the Appellee
Exhibits A, B and C