## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v.   ANDREW BLAIR HOWARD | | | | DISTRICT JUDGE:   Robert J. Jonker |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:23-mj-230 | 1/17/2025 | 3:03 pm - 3:35 pm | Grand Rapids | |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Meagan D. Johnson | Anthony J. Valentine | Retained |

### TYPE OF HEARING
- ☐ Arraignment:
  - ☐ mute   ☐ nolo contendre
  - ☐ not guilty   ☐ guilty
- ☐ Final Pretrial Conference
- ☐ Detention   (waived ☐)
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☐ Change of Plea
- ☐ Sentencing
- ☐ Trial
- ✓ Other: Oral Argument on Appeal

### DOCUMENTS
- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: _____

Court to Issue:
- ☐ Order of Detention
- ☐ Notice of Sentencing
- ☐ Order Appointing Counsel
- ☐ Other: _____

### CHANGE OF PLEA
Charging Document:
- ☐ Read   ☐ Reading Waived

Guilty Plea to Count(s) _____
of the _____

Count(s) to be dismissed at sentencing: _____

- ☐ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☐ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

| | |
|---|---|
| Imprisonment: _____ | Plea Agreement Accepted:  ☐ Yes  ☐ No |
| Probation: _____ | Defendant informed of right to appeal:  ☐ Yes  ☐ No |
| Supervised Release: _____ | Counsel informed of obligation to file appeal:  ☐ Yes  ☐ No |
| Fine: $ _____ | Conviction Information: |
| Restitution: $ _____ | Date: _____ |
| Special Assessment: $ _____ | By: _____ |
| | As to Count (s): _____ |

**ADDITIONAL INFORMATION:**
Appellate arguments heard.  Appeal taken under advisement.  Written opinion to follow.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:**   Paul Brandell | **Law Clerk**   D. Brown |